ABNER ROULSTON, Respondent, *v.* ARTHUR ROULSTON et al., Appellants.

*Roulston* v. *Roulston,* 78 Hun, 609, affirmed.
(Argued October 22, 1896; decided December 1. 1896.)

APPEAL from a judgment of the General Term of the Supreme Court in the third judicial department, entered May 17, 1894, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*John C. Keeler* for appellants.

*R. E. Waterman* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.

---

GEORGE BLISS et al., as Executors of the Last Will and Testament of ELIZABETH FOGG, Deceased, Respondents, *v.* CHARLES B. FOSDICK, Individually, et al., Respondents, and ST. JOHN'S GUILD, Appellant.

*Bliss* v. *Fosdick,* 86 Hun, 162, affirmed.
(Argued October 22, 1896; decided December 1, 1896.)

APPEAL from an order of the General Term of the Supreme Court in the first judicial department, entered April 18, 1895, which reversed a judgment in favor of defendants entered upon a decision of the court on trial at Special Term and granted a new trial.

*James E. Chandler, John W. Weed* and *William Hildreth Field* for appellant.

*J. Hampden Dougherty* for respondents.

Order affirmed and judgment absolute ordered on stipulation, with costs, on opinion below.
All concur.